

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00104-CR

EX PARTE
LISA NAE BRUMLEY

----------

FROM THE 89TH DISTRICT COURT OF WICHITA COUNTY
TRIAL COURT NO. 187,420-C

----------

## MEMORANDUM OPINION[1]

----------

Appellant Lisa Nae Brumley filed a notice of appeal from the trial court's February 2018 denial of the pretrial bond reduction she sought in an application for writ of habeas corpus. Pending this court's receipt of a written order denying that relief, this court instead received a copy of the trial court's March 29, 2018 judgment convicting Appellant of burglary of a building, sentencing her to six months' confinement in a state jail facility, and awarding her 174 days' credit

---

[1]*See* Tex. R. App. P. 47.4.

for time served in jail. Because Appellant is no longer subject to pretrial confinement, we dismiss this appeal as moot. *See Ex parte Tucker*, 3 S.W.3d 576, 576 (Tex. Crim. App. 1999); *Martinez v. State*, 826 S.W.2d 620, 620 (Tex. Crim. App. 1992); *Ex parte Foster*, No. 02-11-00075-CR, 2012 WL 42934, at *1 (Tex. App.—Fort Worth Jan. 5, 2012, no pet.) (mem. op., not designated for publication); *Ex parte Krick*, No. 02-10-00408-CR, 2011 WL 1901990, at *1 (Tex. App.—Fort Worth May 19, 2011, no pet.) (mem. op., not designated for publication).

PER CURIAM

PANEL: PITTMAN, J.; SUDDERTH, C.J.; and BIRDWELL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 3, 2018